IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: SUSAN L. BENNETT | : | Chapter 13 |
| a/k/a Susan Lynn Bennett | : | |
| a/k/a Susan Bennett | : | |
| | : | |
| Debtor | : | Bankruptcy No. 17-17111-ref |

## ORDER

AND NOW, upon consideration of the Objection to Proof of Claim No. 2 filed by Ditech Financial LLC fka Green Tree Servicing LLC and after Notice and opportunity for hearing,

IT IS HEREBY ORDERED that Proof of Claim No. 2 filed by Ditech Financial LLC shall be and hereby is ELIMINATED in its entirety and is, therefore, null and void and of no effect whatsoever.

BY THE COURT:

5/15/18                    _____
                                                    J.

Jose C. Campos, Esq.
The Law Office of Jose C. Campos, Esq.
251 E. Broad St.
Bethlehem, PA 18018

Ditech Financial LLC f/k/a
Green Tree Servicing LLC
P.O. Box 6154
Rapid City, SD 57709-6154

Andrew Kussmaul
Buckley Madole, PC
P.O. Box 9013
Addison, TX 75001

Ms. Susan L. Bennett
1515 Kelchner Rd.
Bethlehem, PA 18018

U.S. Trustee's Office
Office of the U.S. Trustee
833 Chestnut St. Suite 500
Philadelphia, PA 19107

Frederick L. Reigle, Esquire
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606-0410