IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Susan L. Bennett aka Susan Lynn Bennett aka Susan Bennett<br>Debtor(s) | CHAPTER 13 |
| DITECH FINANCIAL LLC<br>Secured Creditor<br>vs. | NO. 17-17111 REF |
| Susan L. Bennett aka Susan Lynn Bennett aka Susan Bennett<br>Debtor(s) | 11 U.S.C. Section 362 |
| William*R Miller<br>Trustee | |

## STIPULATION ALLOWING FOR SECURED CREDITOR, DITECH FINANCIAL LLC, TO FILE A LATE PROOF OF CLAIM

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. On November 29, 2017, Ditech Financial LLC (hereinafter "Secured Creditor") filed a Proof Claim as Claim #2-1, setting forth a total secured claim in the amount of $173,155.51 plus pre-petition arrears in the amount of $42,037.96.

2. Both the total secured claim and the pre-petition arrears included prepetition fees in the amount of $6,511.73

3. On April 12, 2018, Debtor filed an Objection to Secured Creditor's claim.

4. On May 15, 2018, Debtor filed a Certification stating that no response had been filed to her objection.

5. On May 15, 2018, this Court entered an order eliminating Secured Creditor's Claim in its Entirety.

6. On July 9, 2018, Debtor filed an amended Proof of Claim as Claim #2-2 on behalf of Secured Creditor, setting forth a total secured claim in the amount of $166,829.70 plus pre-petition arrears in the amount of $35,712.15.

7. The Parties have now reviewed the claim in depth to come to a resolution of this matter.

8. This matter is to be resolved as per the following terms:

    a. Within twenty (20) days of the filing of this Stipulation, Secured Creditor is to file an Amended Proof of Claim to reduce the pre-petition fees in the amount of $4,127.79 setting forth an amended total arrears in the amount of $37,910.17 and an amended total secured claim in the amount of $169,027.72. A 410A form shall not be required with this Amended Proof of Claim.

    b. Within twenty (20) days of the filing of the aforementioned Amended Proof of Claim, Debtor is to file an Amended Chapter 13 Plan to account for the updated arrears in the amount of $37,910.17 within Section 4(a).

9. The parties agree that a facsimile signature shall be considered an original signature.

Date: 8/13/18

By: /s/Rebecca A. Solarz, Esq.
Rebecca A. Solarz, Esquire
Attorney for Secured Creditor

Date: 8/9/2018

Jose C. Campos
Attorney for Debtor(s)

Approved by the Court this _____ day of _____, 2018. However, the court retains discretion regarding entry of any further order.

**Date: August 14, 2018**

Bankruptcy Judge
Richard E. Fehling

DITECH FINANCIAL LLC
3000 Bayport Drive, Suite 880
Tampa, FL 33607