IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | SUSAN L. BENNETT | : Chapter 13 |
| | a/k/a Susan Lynn Bennett | : |
| | a/k/a Susan Bennett | : |
| | | : |
| | Debtor | : Bankruptcy No. 17-17111-ref |

### ORDER

AND NOW, upon consideration of the Objection to Proof of Claim No. 5 filed by Pennsylvania Department of Revenue and after Notice and opportunity for hearing,

IT IS HEREBY ORDERED that Proof of Claim No. 5 filed by Pennsylvania Department of Revenue is hereby ELIMINATED in its entirety and is, therefore, null and void and of no effect whatsoever.

BY THE COURT:

8/16/18                                                            _____
                                                                                              J.

Jose C. Campos, Esq.
The Law Office of Jose C. Campos, Esq.
251 E. Broad St.
Bethlehem, PA 18018

PA Dept. of Revenue
Attn: Nicole Amolsch, Chief & Hiroo Sharma
4th and Walnut Streets
Harrisburg, PA 17128

PA Dept. of Revenue
Attn: Sean Grimm
4th and Walnut Streets
Harrisburg, PA 17128

Ms. Susan L. Bennett
1515 Kelchner Rd.
Bethlehem, PA 18018

U.S. Trustee's Office
Office of the U.S. Trustee
833 Chestnut St. Suite 500
Philadelphia, PA 19107

Frederick L. Reigle, Esquire
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606-0410