United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Susan L. Bennett
      Debtor

Case No. 17-17111-ref
Chapter 13

## CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0313-4 | User: Lisa<br>Form ID: pdf900 | Page 1 of 1<br>Total Noticed: 3 | Date Rcvd: Aug 14, 2018 |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2018.
```
db             +Susan L. Bennett,    1515 Kelchner Rd.,    Bethlehem, PA 18018-1518
cr             +DITECH FINANCIAL LLC,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              +E-mail/PDF: gecsedi@recoverycorp.com Aug 15 2018 03:00:32      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTAL: 1

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2018                                                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2018 at the address(es) listed below:
```
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JOSE C CAMPOS    on behalf of Debtor Susan L. Bennett jc@jccamposlaw.com,    sbennett@jccamposlaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              ROLANDO RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE
               RRamos-Cardona@fredreiglech13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM MILLER*R    ecfemail@FredReigleCh13.com,    ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 6
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Susan L. Bennett aka Susan Lynn Bennett aka Susan Bennett<br>          Debtor(s) | CHAPTER 13 |
| DITECH FINANCIAL LLC<br>          Secured Creditor<br>  vs. | NO. 17-17111 REF |
| Susan L. Bennett aka Susan Lynn Bennett aka Susan Bennett<br>          Debtor(s) | 11 U.S.C. Section 362 |
| William*R Miller<br>          Trustee | |

## STIPULATION ALLOWING FOR SECURED CREDITOR, DITECH FINANCIAL LLC, TO FILE A LATE PROOF OF CLAIM

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. On November 29, 2017, Ditech Financial LLC (hereinafter "Secured Creditor") filed a Proof Claim as Claim #2-1, setting forth a total secured claim in the amount of $173,155.51 plus pre-petition arrears in the amount of $42,037.96.

2. Both the total secured claim and the pre-petition arrears included prepetition fees in the amount of $6,511.73

3. On April 12, 2018, Debtor filed an Objection to Secured Creditor's claim.

4. On May 15, 2018, Debtor filed a Certification stating that no response had been filed to her objection.

5. On May 15, 2018, this Court entered an order eliminating Secured Creditor's Claim in its Entirety.

6. On July 9, 2018, Debtor filed an amended Proof of Claim as Claim #2-2 on behalf of Secured Creditor, setting forth a total secured claim in the amount of $166,829.70 plus pre-petition arrears in the amount of $35,712.15.

7. The Parties have now reviewed the claim in depth to come to a resolution of this matter.

8. This matter is to be resolved as per the following terms:

a. Within twenty (20) days of the filing of this Stipulation, Secured Creditor is to file an Amended Proof of Claim to reduce the pre-petition fees in the amount of $4,127.79 setting forth an amended total arrears in the amount of $37,910.17 and an amended total secured claim in the amount of $169,027.72. A 410A form shall not be required with this Amended Proof of Claim.

b. Within twenty (20) days of the filing of the aforementioned Amended Proof of Claim, Debtor is to file an Amended Chapter 13 Plan to account for the updated arrears in the amount of $37,910.17 within Section 4(a).

9. The parties agree that a facsimile signature shall be considered an original signature.

Date: 8/13/18    By: /s/Rebecca A. Solarz, Esq.
Rebecca A. Solarz, Esquire
Attorney for Secured Creditor

Date: 8/9/2018    Jose C. Campos
Attorney for Debtor(s)

Approved by the Court this ____ day of _____, 2018. However, the court retains discretion regarding entry of any further order.

**Date: August 14, 2018**

Bankruptcy Judge
Richard E. Fehling

DITECH FINANCIAL LLC
3000 Bayport Drive, Suite 880
Tampa, FL 33607