United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Susan L. Bennett  
    Debtor

Case No. 17-17111-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4      User: dlv      Page 1 of 1      Date Rcvd: Aug 16, 2018  
                  Form ID: pdf900      Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2018.
```
db             +Susan L. Bennett,    1515 Kelchner Rd.,    Bethlehem, PA 18018-1518
cr             +DITECH FINANCIAL LLC,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              +E-mail/PDF: gecsedi@recoverycorp.com Aug 17 2018 02:16:01      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14030008        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 17 2018 02:14:06
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA   17128-0946
                                                                                              TOTAL: 2
```

```
               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2018                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2018 at the address(es) listed below:
```
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JOSE C CAMPOS    on behalf of Debtor Susan L. Bennett jc@jccamposlaw.com,  sbennett@jccamposlaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              ROLANDO  RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE
               RRamos-Cardona@fredreiglech13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,  ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 6
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | SUSAN L. BENNETT | : Chapter 13 |
| | a/k/a Susan Lynn Bennett | : |
| | a/k/a Susan Bennett | : |
| | | : |
| | Debtor | : Bankruptcy No. 17-17111-ref |

## ORDER

AND NOW, upon consideration of the Objection to Proof of Claim No. 5 filed by Pennsylvania Department of Revenue and after Notice and opportunity for hearing,

IT IS HEREBY ORDERED that Proof of Claim No. 5 filed by Pennsylvania Department of Revenue is hereby ELIMINATED in its entirety and is, therefore, null and void and of no effect whatsoever.

BY THE COURT:

8/16/18

_____
J.

Jose C. Campos, Esq.
The Law Office of Jose C. Campos, Esq.
251 E. Broad St.
Bethlehem, PA 18018

PA Dept. of Revenue
Attn: Nicole Amolsch, Chief & Hiroo Sharma
4th and Walnut Streets
Harrisburg, PA 17128

PA Dept. of Revenue
Attn: Sean Grimm
4th and Walnut Streets
Harrisburg, PA 17128

Ms. Susan L. Bennett
1515 Kelchner Rd.
Bethlehem, PA 18018

U.S. Trustee's Office
Office of the U.S. Trustee
833 Chestnut St. Suite 500
Philadelphia, PA 19107

Frederick L. Reigle, Esquire
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606-0410