**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | **Bk. No. 17-17111-ref** |
| SUSAN L. BENNETT | : | |
| A/K/A SUSAN LYNN BENNETT A/K/A SUSAN | : | **Chapter No.  13** |
| BENNETT | : | |
| | : | |

**Debtor**

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned appears for **DITECH FINANCIAL**

**LLC** ("the Creditor"), and pursuant to Bankruptcy Rule 2002(g) and 2002(h) and 9007 and

§1109(b) of the Bankruptcy Code, with regards to the real property, located at 1515

KELCHNER ROAD, BETHLEHEM, PA 18018 with the mortgage recorded on October 27,

2004 Document ID 7220681 demands that all notices that are required to be given in this case

and all papers that are required to be served in this case, be given to and served upon the

undersigned at the office, post office address and telephone number set forth below.

**PLEASE TAKE FURTHER NOTICE** that pursuant to §1109(b) of the Bankruptcy

Code, the foregoing demand includes not only the notices and papers referred to in the Rules

specified above, but also includes, without limitation, orders and notices of any application,

motion, petition, pleading, request, complaint or demand, whether formal or informal, whether

written or oral whether transmitted or conveyed by mail, delivered, telephone, telegraph, telex or

otherwise which affect or seek to affect in any way the Creditor's rights or interest, with respect

to Debtor or the property on which Creditor holds a first mortgage lien.


August 24, 2018

/s/ Thomas Song, Esquire
Thomas Song, Esq., Id. No.89834
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
Phone Number: 215-563-7000 Ext 31387
Fax Number: 215-568-7616
Email: Thomas.Song@phelanhallinan.com