United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Susan L. Bennett  
    Debtor

Case No. 17-17111-elf  
Chapter 13

## CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0313-4 | User: YvetteWD | Page 1 of 1 | Date Rcvd: Jul 19, 2019 |
| | Form ID: trc | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14020354       E-mail/Text: bankruptcy.bnc@ditech.com Jul 20 2019 03:09:48
    Ditech Financial LLC fka Green Tree Servicing LLC,   P.O. Box 6154,
   Rapid City, South Dakota 57709-6154
                                                                                                        TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                       TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2019                                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2019 at the address(es) listed below:
      FREDERICK L. REIGLE   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
      JOSE C CAMPOS   on behalf of Debtor Susan L. Bennett jc@jccamposlaw.com, sbennett@jccamposlaw.com
      REBECCA ANN SOLARZ   on behalf of Creditor   DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
      ROLANDO   RAMOS-CARDONA   on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com, ecf_frpa@trustee13.com
      SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
      THOMAS YOUNG.HAE SONG   on behalf of Creditor   DITECH FINANCIAL LLC paeb@fedphe.com
      United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM EDWARD CRAIG   on behalf of Creditor   Americredit Financial Services, Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                                                                TOTAL: 8

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 17-17111-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Susan L. Bennett
1515 Kelchner Rd.
Bethlehem PA 18018

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/15/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
| --- | --- |
| Claim No. 2: Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 | BSI Financial Services
1425 Greenway Drive, Ste 400
Irving, TX 75038 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   07/21/19

Tim McGrath
**CLERK OF THE COURT**