**UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

**In Re:**

|  |  |
|---|---|
| Susan L. Bennett | ) **Chapter 13** |
|  | ) **No. 17-17111-elf** |
|  | ) **Date of Hearing: November 7, 2019** |
|  | ) **Time of Hearing: 11:00 a.m.** |
|  | ) **Location:  U.S. Bankruptcy Court** |
|  | )  **The Madison Building** |
|  | )  **3rd Floor, Courtroom 1** |
|  | )  **400 Washington Street** |
|  | )  **Reading, PA 19601** |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

The Debtor, Susan L. Bennett, by and through her attorney, Jose C. Campos, has filed with the Court a Motion to Vacate Dismissal Order entered on October 11, 2019 and reinstate the automatic stay as provided under Section 362 of the United States Bankruptcy Code.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this Bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

1.  If you do not want the court to grant this Motion, then on or before **October 31, 2019**, you or your attorney must do all of the following:

   a) file an answer or objection explaining your position at:

**Clerk/United States Bankruptcy Court
The Madison Building
400 Washington Street, Suite 300
Reading, PA 19601**

If you mail your answer or objection to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

   b) mail a copy to the Movant's attorney:

**Jose C. Campos, Esquire
251 E. Broad St.
Bethlehem, PA 18018**

2.  If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable ERIC L. FRANK, United States Bankruptcy Judge, in Courtroom **#1** at the United States Bankruptcy Court, The Madison Building, **400 Washington Street, Reading, PA 19601** on **November 7, 2019, at 11:00 a.m.**, as soon thereafter as counsel can be heard, to consider the motion.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's Office at (610) 208-5040 to find out whether the hearing has been canceled because an answer was not filed.

Dated:   October 16, 2019                    /s/ Jose C. Campos, Esquire
                                              Jose C. Campos, Esquire
                                              Attorney for Plaintiff/Debtor
                                              251 E. Broad St.
                                              Bethlehem, PA 18018