```
                            United States Bankruptcy Court
                            Eastern District of Pennsylvania
In re:                                                              Case No. 17-17111-elf
Susan L. Bennett                                                    Chapter 13
         Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0313-4          User: John              Page 1 of 2              Date Rcvd: Oct 15, 2019
                              Form ID: pdf900         Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 17, 2019.
db             +Susan L. Bennett,   1515 Kelchner Rd.,    Bethlehem, PA 18018-1518
smg            +Bureau of Audit and Enforcement,   City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,   Eighth and Washington Streets,   Reading, PA 19601
smg            +Dun & Bradstreet, INC,   3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,   17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
cr             +Chalet Properties III, LLC,   c/o BSI Financial Services,    314 S Franklin Street,
                 Titusville, PA 16354-2168
cr             +DITECH FINANCIAL LLC,   14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
14345288       +AmeriCredit Financial Services, Inc.,   c/o William E. Craig, Esquire,   110 Marter Ave.,
                 Suite 301,   Moorestown, NJ 08057-3124
14357264       +BSI Financial Services,   1425 Greenway Drive, Ste 400,   Irving, TX 75038-2480
14024066       +ECMC,   PO BOX 16408,   ST. PAUL, MN 55116-0408
14001239       +Rebecca Solarz, Esquire,   KML Law Group, PC,   Suite 500,   701 Market St.,
                 Philadelphia, PA 19106-1538

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 16 2019 04:13:08      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr             +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Oct 16 2019 04:12:46
                 Americredit Financial Services, Inc., d/b/a GM Fin,   4000 Embarcadero Dr.,
                 Arlington, TX 76014-4101
cr             +E-mail/PDF: gecsedi@recoverycorp.com Oct 16 2019 04:06:09      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14043301        E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Oct 16 2019 04:12:46
                 Americredit Financial Services, Inc.,   Dba GM Financial,   P.O Box 183853,
                 Arlington, TX 76096
14016926        E-mail/Text: ally@ebn.phinsolutions.com Oct 16 2019 04:11:48      Ally Bank,   PO Box 130424,
                 Roseville MN 55113-0004
14001235        E-mail/Text: cio.bncmail@irs.gov Oct 16 2019 04:12:45      Department of the Treasury,
                 Internal Revenue Service,   P.O. Box 7346,   Philadelphia, PA 19101-7346
14020354        E-mail/Text: bankruptcy.bnc@ditech.com Oct 16 2019 04:12:46
                 Ditech Financial LLC fka Green Tree Servicing LLC,   P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
14001236        E-mail/Text: bankruptcy.bnc@ditech.com Oct 16 2019 04:12:46      Ditech Financial, LLC,
                 P.O. Box 6172,   Rapid City, SD 57709-6172
14001237        E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Oct 16 2019 04:12:46      GM Financial,
                 P.O. Box 78143,   Phoenix, AZ 85062-8143
14079240        E-mail/Text: blegal@phfa.org Oct 16 2019 04:13:03     PHFA/HEMAP,   211 NORTH FRONT ST,
                 PO BOX 8029,   HARRISBURG, PA 17101
14058879        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 16 2019 04:06:12
                 Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
14002041       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 16 2019 04:06:13
                 PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14001238       +E-mail/Text: blegal@phfa.org Oct 16 2019 04:13:03     Pennsylvania Housing & Finance Agency,
                 211 N. Front St.,   P.O. Box 15206,   Harrisburg, PA 17105-5206
14030008        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 16 2019 04:12:55
                 Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
14024166        E-mail/Text: bnc-quantum@quantum3group.com Oct 16 2019 04:12:50
                 Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
                                                                                               TOTAL: 15

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              U.S. BANK TRUST NATIONAL ASSOCIATION
smg*            Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
                                                                                  TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0313-4          User: John              Page 2 of 2              Date Rcvd: Oct 15, 2019
                              Form ID: pdf900         Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 15, 2019 at the address(es) listed below:
          FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          JOSE C CAMPOS    on behalf of Debtor Susan L. Bennett jc@jccamposlaw.com,  sbennett@jccamposlaw.com
          REBECCA ANN SOLARZ    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
          ROLANDO   RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com,
           ecf_frpa@trustee13.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,  ecf_frpa@trustee13.com
          THOMAS YOUNG.HAE SONG    on behalf of Creditor    DITECH FINANCIAL LLC paeb@fedphe.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM EDWARD CRAIG    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM
           Financial ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                  :

SUSAN L.   BENNETT

                                                                          : Chapter 13

            Debtor(s)                            : Bankruptcy No. 17-17111ELF

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is **ORDERED** that the case is **DISMISSED**.

IT IS FURTHER **ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the date of this Order.

IT IS FURTHER **ORDERED** that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

Date:  10/11/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**