**UNITED STATES BANKRUPTCY COURT FOR**
**THE EASTERN DISTRICT OF PENNSYLVANIA**

In Re:

|  |  |
|---|---|
| | ) **Chapter 13** |
| **Susan L. Bennett** | ) |
| | ) **No. 17-17111-ELF** |

## PRAECIPE TO WITHDRAW MOTION TO VACATE DISMISSAL ORDER

TO THE CLERK, U.S. BANKRUPTCY COURT:

      Kindly withdraw the Motion to Vacate Dismissal Order filed on October 16, 2019, in the above-captioned case at Docket Entry 65.

      Respectfully Submitted,

Dated:   November 6, 2019

    _/s/ Jose C. Campos_____
Jose C. Campos, Esquire
Attorney for Debtor
251 E. Broad St.
Bethlehem, PA 18018